v.

**STATE of Missouri, Respondent.**

**No. ED 75217.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 22, 2000.

■

**Kimberly ANDRASCSEK, Respondent,**

v.

**Richard SCHEPERS, Appellant.**

**No. ED 75666.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 22, 2000.

---

1. All statutory references are to RSMo 1994, unless otherwise indicated.

Lawrence G. Gillespie, Kirkwood, for appellant.

Lloyd M. Nolan, Clayton, for respondent.

Before CLIFFORD H. AHRENS, P.J., PAUL J. SIMON and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Richard Schepers appeals the trial court's judgment denying his Motion To Modify Judgment and Order of Paternity awarding custody of the parties' minor child to the child's mother, Kimberly Andracsek. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm pursuant to Rule 84.16(b)(1).